SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Zajic Appliance Service, et al<br><br>　　　　Defendants | Case No. **2:09-cv-00212-LKK-KJM**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL APRIL 24, 2009 FOR DEFENDANTS ZAJIC APPLIANCE SERVICE, INC.; DWAYNE L. ZAJIC; ELIZABETH J. ZAJIC TO RESPOND TO COMPLAINT AND CONTINUANCE OF STATUS CONFERENCE |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Zajic Appliance Service, Inc.; Dwayne L. Zajic; Elizabeth J. Zajic, by and through their respective attorneys of record, Scott N. Johnson; John D. Montague, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1. An extension of time has been previously obtained for Defendants Zajic Appliance Service, Inc.; Dwayne L. Zajic; Elizabeth J. Zajic until March 25, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Zajic Appliance Service, Inc.; Dwayne L. Zajic; Elizabeth J. Zajic are granted an extension until April 24, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants' Zajic Appliance Service, Inc.; Dwayne L. Zajic; Elizabeth J. Zajic response will be due no later than April 24, 2009.

4. Continue status conference to May 26, 2009 at 2:00pm.

IT IS SO STIPULATED effective as of March 26, 2009

Dated: March 27, 2009          /s/John D. Montague_ ___
                                John D. Montague,
                                Attorney for Defendants

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

```
                                        Zajic Appliance Service,
                                        Inc.; Dwayne L. Zajic;
                                        Elizabeth J. Zajic


Dated:  March 26, 2009                  /s/Scott N. Johnson ____
                                        Scott N. Johnson,
                                        Attorney for Plaintiff
```

**IT IS SO ORDERED:** that Defendants Zajic Appliance Service, Inc.; Dwayne L. Zajic; Elizabeth J. Zajic shall have until April 24, 2009 to respond to complaint. It is further stipulated that the status conference shall be continued until May 26, 2009 at 2:00pm.

Dated:  March 30, 2009.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com